**Order entered February 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01048-CV

**WILLIAM CHARLES BUNDREN, KAREN BUNDREN, AND
WILLIAM MARK BUNDREN, Appellants**

**V.**

**COLLIN CENTRAL APPRAISAL DISTRICT,
COLLIN APPRAISAL REVIEW BOARD, JAMES TERILLI, AND BO DAFFIN,
Appellees**

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-05054-2017**

## ORDER

Before the Court is the February 6, 2019 motion of appellees Collin Appraisal Review Board and James Terilli requesting an extension of time to February 18, 2019 to file their brief. Appellants filed their brief on January 18, 2019. Accordingly, appellees' brief is due on February 19, 2019. *See* TEX. R. APP. P. 4.1(a); 38.6(b). For this reason, we **DENY** appellees' motion as premature.

/s/    KEN MOLBERG
       JUSTICE